

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-23-2015

# USA v. Joseph Merlino

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Joseph Merlino" (2015). *2015 Decisions*. Paper 410.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/410

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4341

UNITED STATES OF AMERICA

v.

JOSEPH MERLINO
a/k/a Skinny Joey,

Appellant
(E.D. Pa. No. 2-99-cr-00363-001)

Present:  AMBRO, VANASKIE, and SHWARTZ, Circuit Judges

**ORDER**

Appellant, Joseph Merlino, appeals from the orders of the District Court entered October 20, 2014 and October 24, 2014, revoking his supervised release.

It is hereby ORDERED that the orders of the District Court entered October 20, 2014 and October 24, 2014 are REVERSED and Appellant shall be released from custody immediately.

Judge Shwartz dissents from the disposition.  The Court will issue its majority, concurring and dissenting opinions at a later time.

The mandate shall issue forthwith.

By the Court,

s/ Thomas I. Vanaskie,
Circuit Judge

Dated:   April 23, 2015
JK/cc: David E. Troyer, Esq.
      Edwin J. Jacobs, Jr., Esq.
      Michael F. Myers, Esq.